PTH:RAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DAVIS BURGOS-COLLAZO,
also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(T. 18, U.S.C., § 2252(a)(2))

Case No. 20-M-1004

EASTERN DISTRICT OF NEW YORK, SS:

ELIZABETH JENSEN, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about March 12, 2020, within the Eastern District of New York and elsewhere, the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos, did knowingly distribute any visual depiction, the production of such visual depiction having involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce or which contains materials which have been mailed or so shipped or transported, by any means including by computer, to wit: the digital video depicted in the following file: Direct_Shares_340282366841710300949128123

999772138308_2922064307567237397326657381990400 0.mp4, which was sent March 12, 2020.

(Title 18, United States Code, Section 2252(a)(2))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I have been employed as a Special Agent of the FBI since January 2011, and I am currently assigned to the Crimes Against Children squad. As such, I investigate crimes involving the sexual exploitation of children. I am also a member of the Eastern District of New York Project Safe Childhood Task Force. I have gained expertise relating to the sexual exploitation of children through training in classes, as well as through my daily work investigating such criminal conduct. As part of my responsibilities as a member of the Crimes Against Children squad, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of images depicting minors being sexually exploited by adults. Through my experience in these investigations, I have become familiar with methods for determining whether a child is a minor.

2. I have personally participated in the investigation discussed below. I am familiar with the facts and circumstances of this investigation from my personal participation in the investigation, my review of documents, my training and experience, and discussions I have

[1] Because this affidavit is submitted only to illustrate that probable cause exists to believe that the defendant committed certain crimes, all the facts known to me as a result of my investigation have not been included.

had with other law enforcement personnel concerning the creation, distribution, and proliferation of child pornography.

3. Statements attributable to individuals herein are set forth in sum and substance and in part.

4. The FBI is investigating the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos, for the production, possession, access with intent to view, transportation, receipt, distribution and reproduction of sexually explicit material relating to children, in violation of Title 18, United States Code, Sections 2251, 2252 and 2252A.

5. Between March 2020 and May 2020, Instagram submitted numerous reports to the National Center for Missing and Exploited Children's ("NCMEC") Cyber Tipline, reporting multiple Instagram accounts for uploading suspected child pornography and online enticement or blackmail. Numerous of these accounts have been linked to the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos, through internet protocol ("IP") addresses associated with the accounts or telephone numbers associated with the accounts, which are also connected to BURGOS-COLLAZO (the "Burgos-Collazo Instagram Accounts").

6. Multiple of the Burgos-Collazo Instagram Accounts communicated with females under the age of 18 years old and, in some instances, sent child pornography to these minor victims. Some of these victims have been identified and range from ages eight to thirteen.

7. For example, one victim who is approximately twelve years old and located in the Eastern part of the United States ("Victim-1") reported to law enforcement that she

recognized many of the Burgos-Collazo Instagram Accounts, that the user of one of those accounts had asked her to show him her vagina, and that she had communicated with the user of that account on video and phone calls. Victim-1 further reported that during some of those video calls, the user of the account rubbed his penis while viewing child pornography. Victim-1 also stated that the user of the account sent her child pornography and indicated that he wanted to engage in the conduct depicted in those images and videos with Victim-1. Victim-1 also reported that she showed the user of the Burgos-Collazo Instagram Accounts her breasts and buttocks. Victim-1 identified the users true name as "Daivis."

8. Another victim who is approximately eleven years old and located in the Midwestern part of the United States ("Victim-2") also communicated with the user of one or more of the Burgos-Collazo Instagram Accounts. The user of at least one of these accounts requested nude photographs from Victim-2. During a photo lineup, Victim-2 identified the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos, as the person with whom she had communicated.

9. Finally, a third known victim who is approximately ten years old and located in the Midwestern part of the United States ("Victim-3") communicated with one of the Burgos-Collazo Instagram Accounts titled "_future_models_67" (the "Charged Account").

10. Victim-3 reported that an Instagram user requested that Victim-3 provide nude photographs of herself. Victim-3 also reported that she received a video from the user that depicted a minor female inserting a hairbrush into her vagina.

11. A report from NCMEC identified a video depicting child pornography that involved a minor female, approximately ten-to-twelve years old, with a hairbrush inserted into

the child's vagina (the "Charged File"), which was sent from the Charged Account to Victim 3's Instagram account on or about March 12, 2020. The results of a search warrant of Victim-3's Instagram account confirm that the Charged File was sent to Victim-3's Instagram account from the Charged Account on that date. The Charged File name is Direct_Shares_340282366841710300949128123999772138308_29220643075672 373973266573819904000.mp4.

12. The Charged Account has been associated with the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos, through an IP address. The NCMEC report identifying the child pornographic video sent to Victim 3's account from the Charged Account identifies the "Upload" IP address, or the IP address from which the Charged File originated (the "Relevant IP Address"). Subpoenaed records show that, at the time the Charged File was sent from the Charged Account to Victim 3's Instagram account, the Relevant IP Address resorts to the residence known to belong to BURGOS-COLLAZO (the "Collazo-Burgos Residence"). The subpoenaed records also reflect the subscriber associated with the IP address is "David Collazo," with username "davisbcollazo78@gmail.com."

13. On or about August 28, 2020, the Honorable Cheryl Pollak authorized a search warrant for the Collazo-Burgos Residence, including a search of all computers and storage media contained therein. (20-MJ-738.) On September 2, 2020, law enforcement executed the search warrant at the Collazo-Burgos Residence.

14. During the execution of the search warrant, the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and

David Burgos, agreed to speak with law enforcement agents and informed law enforcement that he resides at the Collazo-Burgos Residence with his girlfriend and son. He admitted to being the owner of a black iPhone, Serial Number F2LVMMX0JCLY (the "Collazo-Burgos Phone"). A subsequent search of the Collazo-Burgos Phone revealed numerous images depicting child pornography, including images depicting infants, toddlers, bondage and beasteality.

15. Because this is in an ongoing investigation and public filing of this document could result in the defendant's flight from prosecution, destruction of evidence and witness intimidation, your deponent respectfully requests that this affidavit and complaint, as well as any arrest warrant issued in connection with this affidavit and complaint, be filed under seal.

WHEREFORE, your deponent respectfully requests that the defendant DAVIS BURGOS-COLLAZO, also known as David Collazo, Davis Burgos, Davis Collazo-Burgos and David Burgos, be dealt with according to law.

ELIZABETH JENSEN
Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone
on October 23, 2020

THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK